192 So. 921

**Rufus POSEY v. STATE.**

6 Div. 499.

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.